UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DELLA JEAN M, <br><br> Petitioner, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Respondent. | Case No. 2:21-cv-00196-DCN <br><br> **ORDER** |

On March 15, 2018, Petitioner Della Jean M applied for supplemental social security income. Her application was denied. After exhausting her administrative remedies, she sought the Court's review. Dkt 1.

On December 20, 2022, United States Magistrate Judge Debora K. Grasham issued a Report and Recommendation wherein she recommended the action be remanded to the commissioner. Dkt. 23. Judge Grasham gave the parties fourteen days to file written objections to her opinion. *See* 28 U.S.C. § 636(b)(1). None were filed.

Having reviewed the Report and Recommendation, and no objections having been filed, the Court accepts Judge Grasham's Report and Recommendation in its entirety.

## ORDER

1. The Report and Recommendation entered on December 20, 2022 (Dkt. 23), is INCORPORATED and ADOPTED in its entirety.

ORDER – 1

2. M's Petition for Review (Dk. 1) is GRANTED as outlined in the Report and Recommendation.

3. This action is REMANDED to the Commissioner for further proceedings consistent with the Report and Recommendation.

4. The Remand is considered a "sentence four remand," consistent with 42 U.S.C. § 405(g) and *Akopyan v. Barnhart*, 296 F.3d 852, 854 (9th Cir. 2002).

5. The Court will enter a separate judgment in favor of M pursuant to Civil Rule of Procedure 58 and 42 U.S.C. § 405(g).

DATED: March 21, 2023

David C. Nye
Chief U.S. District Court Judge